RALSTON & HALTENHOF, INC., v. WILLIAM H. REYNOLDS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SYLVIA LIEBERMAN v. CARLTON LAND SALES CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL G. LINDENSTEIN v. THOMAS C. EASTMAN and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. FORSHAW and Another v. LOUIS LEAVITT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of NORMA A. DURYEA for the Payment of an Award for Damages Made to an Unknown Owner for Damage Parcels Numbers 3 and 3-A in the Proceeding to Acquire Land for a School Site on the Southerly Side of Roberts Avenue between Jarvis and Hobart Avenues in the Borough of The Bronx, City of New York.— Reference will be ordered in usual form. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BAKER, EVANS & CO., INC., v. SAMUEL BUCHNER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COLLEGE INN FOOD PRODUCTS COMPANY v. SILZ PACKING COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of ABRAHAM SCHWARTZBERG and ISRAEL SCHWARTZBERG, Individually and as Copartners, etc., to HENRY J. GREENSTEIN, Trustee and Assignee. LOUIS WINER and Another v. ABRAHAM KRUGMAN.— Motion denied, with ten dollars costs. Respondent's remedy is to move for resettlement of the order appealed from and, if that be granted, then for removal of the record from the files for correction and recertification. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAUL LIFTMAN v. WORLD FUNDING CORPORATION and Others, Impleaded with MACK TWITTY.— Motion granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA HELLBERG v. CHARLES GRAF.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAULINE WOLLHEIM PIEPER v. MICHAEL J. KENNEDY and Another.— Motion granted upon appellants' furnishing undertaking on appeal in the sum of $8,500 and $500 additional as security for costs. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY HIRSCHBERG, INC., v. SIQUAX SILK CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NAT T. SPERLING v. ANNIE BABIAN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, O'Malley and Proskauer, JJ.

RICHARD R. SCHACK v. DAISY M. SCHACK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY WAHN v. MARY WAHN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.